FILED

12/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0727



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0727

PAUL CAMPBELL,

    Petitioner,

v.

JIM SALMONSEN, Warden,
Montana State Prison,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

---

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: December 16, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court